UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANGELA DILLWORTH                               CIVIL ACTION

VERSUS                                         NO:09-6229

UNITED STATES DEPARTMENT OF                    SECTION: "J" (3)
THE NAVY

**ORDER**

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the date set for hearing of the motion. Defendant filed a Motion to Dismiss (Rec. D. 7) on February 8, 2010 and set the motions for hearing on March 3, 2010. Opposition to the Motion was due on February 23, 2010. The Court contacted Plaintiff's office repeatedly and left messages on February 24, 2010 and February 26, 2010 that opposition was due immediately. Despite these accommodations, no memorandum in opposition to Defendant's Motion to Dismiss has been submitted as of March 1, 2010 at 9:00am. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendant's Motion to Dismiss (Rec. D. 8) is **GRANTED**. Furthermore, all claims against Defendant are dismissed with prejudice at Plaintiffs' costs.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16.

New Orleans, Louisiana, this the 1st day of March 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE